UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-21868-CIV-SEITZ/O'SULLIVAN

MARK YOUST, et al.,

      Plaintiffs,

vs.

AQUATIC ENGINEERING &
CONSTRUCTION and GUSTAVO
A. VILLOLDO,

      Defendants.

_____/

### ORDER

THIS MATTER came before the Court on the Suggestion of Bankruptcy filed by

the defendant Gustavo A. Villoldo (DE # 23, 12/10/08).

Mr. Villoldo informs the Court that he filed a voluntary petition for bankruptcy in

the Southern District of Florida.  By operation of Title 11 United States Code Section

362, the above-styled action is stayed.

Title 11 United States Code Section 362 stipulates that an automatic stay is

created upon the filing of any bankruptcy petition.  See Ellison v. Northwest Eng'g Co.,

707 F.2d 1310, 1311 (11th Cir. 1983).  The purpose of the stay is "to give the debtor a

breathing spell from his creditors."  Id.

Accordingly, after careful review of the record, and the Court being otherwise

fully advised, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Costs and Fees under

Rule 4, Fed. R. Civ. P. (DE# 10, 10/9/08), Plaintiffs' Motion for Default Against

Defendant, Villoldo (DE# 18, 11/10/08) and Plaintiffs' Motion for Default Against

Defendant, Villoldo for His Continued Failure to Comply with Court Orders (DE# 22, 12/9/08)  are **DENIED as moot** without prejudice to notify the Court if the parties wish to re-instate any of the aforementioned motions upon resolution of the Bankruptcy Court proceedings. It is further

      ORDERED AND ADJUDGED, that this case is **STAYED** as to the individual defendant pending the outcome of the Bankruptcy Court Proceedings.  It is further

      ORDERED AND ADJUDGED that the plaintiffs shall file a motion for final judgment against the corporate defendant on or before Wednesday, December 31, 2008.

      DONE AND ORDERED in Chambers at Miami, Florida this **10th** day of December, 2008.

                  JOHN J. O'SULLIVAN
                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Seitz
All counsel of record

Copies mailed by Chambers to:

Gustavo A. Villoldo
8150 SW 163 Avenue
Miami, Fl 33193